**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

CYNTHIA D. PAYNE

Debtor

Case No. 14-32816-DHW
Chapter 13

## ORDER CONTINUING HEARING
## ORDER INCREASING PAYMENTS

The hearing on the trustee's motion to dismiss this case is hereby CONTINUED to be held at the United States Bankruptcy Court, United States Courthouse, One Church Street, Courtroom 4-C, Montgomery, Alabama on May 1, 2017 at 10:00 am.

The hearing is being continued to monitor payments.

The amount of the payments to the trustee under the plan must be increased to make the plan feasible. Accordingly, it is

ORDERED that the amount of the payments to the trustee are hereby INCREASED to $172.00 bi-weekly.

Done this 6th day of February, 2017.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtor
Richard D. Shinbaum, Attorney for Debtor
Sabrina L. McKinney [Acting], Trustee